# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| DUNKLEY, JENNIFER. A <br> 108 S SPRUCE STREET <br> GREENVILLE, IL 62246 <br> 618-664-7343, jennifer.dunkley@gmail.com <br> *Plaintiff* <br> v. <br> AFSCME, Local 2600, EDEN, LISA <br> Co-Lead Steward and Membership Chair <br> 1306 S. 6th Street A <br> Springfield, IL 62703. 217-753-2600 <br> *Defendant(s)* | Case Number: 18-2189-JPG-RJD <br> (Clerk's Office will provide) |

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.  JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

42 U.S.C. 1981 (Section 1981)
Title VII of the 1964 Civil Rights Act (Title VII)

**II.  PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of  Illinois  (state), who resides at 108 S Spruce Street, Greenville, IL 62246, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant  EDEN, LISA  is employed as
   (a) (Name of First Defendant)
   Union Steward
   (b) (Position/Title)

(10/2010)

with <u>AFSCME, Local 2600</u>
              (c)    (Employer's Name and Address)

<u>1306 S. 6th Street A, Springfield, IL 62703. 217-753-2600</u>

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✓] Yes [ ] No

If your answer is YES, briefly explain:
DHS/BDDS Contract Administrator/Telecom Coordinator

Check one of the following:

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.    Defendant _____ is employed as
                     (Name of Second Defendant)

_____
              (Position/Title)

with _____
         (Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [ ] Yes [ ] No

If you answer is YES, briefly explain:


Check one of the following:

[ ] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.  Defendant _____ is employed as
                        (Name of Third Defendant)

    _____
                               (Position/Title)

    with _____
                        (Employer's Name and Address)

    _____

    At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☐ Yes  ☐ No

    If you answer is YES, briefly explain:


    Check one of the following:

    ☐   This defendant **personally participated** in causing my injury, and I want **money damages**.

    ☐   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A. Have you begun any other lawsuits in this federal court?
       ☐ Yes ☑ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1. Parties to previous lawsuits:

           Plaintiff(s):

           Defendant(s):

        2. Case number:

        3. Name of Judge to whom case was assigned:

        4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth <u>each</u> claim in a <u>separate</u> paragraph.

Failure to represent a member as stated in the Council 31 AFSCME Contract Agreement, July 1, 2012 – June 30, 2015. Non-Discrimination, Article 111; Grievance Procedure, Article V: Discipline, Article IX. Records and forms, Article XVII. Due to racial discrimination.

I was targeted for an Interim evaluation on May 10th, 2017. All staff, including myself, at my office location had received an annual evaluation in December 2016. However, I believe that I was the only staff who was targeted and received an interim evaluation in 2017. I was given another annual evaluation on September 15th, 2017.Lisa Eden, failed to file a grievance on my behalf.

On May 15th, 2017 I had a counseling meeting with my LOA, Patricia Herker. She presented charges against me to which I submitted my rebuttal. Lisa Eden failed to file a grievance.

On June 17, 2017 I had a Pre-disciplinary meeting with Patricia Herker, LOA. to which I submitted my rebuttal on June 26th. On June 27th I receive a notice for a 5 day suspension from Patricia Herker, LOA. On June 29th Lisa Eden filed a grievance on my behalf, Grievance Number 628658, for management's failure to follow progressive and corrective discipline.
In regards to this grievance that was filed on June 29th, 2017, the processing was untimely.

On July 11, 2017 I had a Pre-disciplinary meeting with Patricia Herker, LOA. I submitted my rebuttal on July 13th. Lisa Eden, my union representative failed to file a grievance.
On August 7th I receive a 7 day suspension from Patricia Herker, LOA for which I had not been given prior notice. I had taken time of on Friday, August 4th, 2017. When I returned to work on Monday, August 7th I signed in and went to my desk. It was at this point that I got an email message for Patricia Herker, LOA to come to her office. She told me that I was suspended for 7 days starting on Monday, August 7th, 2017.  She gave me the paperwork to sign and said I should turn my keys in and go home. Other staff were asking me why I was leaving, needless to say it was a very embarrassing situation. This was done intentionally by Patricia Herker, LOA to embarrass me. Lisa Eden, union steward had knowledge of this pending suspension but failed to notify me. When I returned to work on Monday, August 14th, 2017 I sent the suspension notice in an email to Lisa Eden. She failed to file a grievance on my behalf regarding this 7 day suspension which began on August 7th, 2017.  Lisa Eden also failed to file a grievance regarding this embarrassing situation that I experience.

On August 17th, 2017 I had a Pre-disciplinary meeting with Patricia Herker, LOA. I submitted my rebuttal on August 23rd, 2017. Lisa Eden failed to investigate the points in my rebuttal or to file a grievance. On September 8th, 2017 I had a Pre-disciplinary meeting with Patricia Herker, LOA. I submitted my rebuttal on September 15th, 2017. Lisa Eden failed to file a grievance.

In October 2017, there was a dispute regarding an unexcused absence. Lisa Eden said she would file a grievance on my behalf. The grievance she filed on my behalf was denied on the same day it was filed, However, later when the union realized that I had filed a Case with the EEOC they processed the grievance. I also requested the union to file grievances on my behalf for denial of training and falsification of documents against Patricia Herker, LOA. Lisa Eden, failed to file a grievance.

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 15,000                .

Punitive damages in the amount of $ 7,800,000                .

An ordering requiring defendant(s) to:
Write a letter of apology to the plaintiff.

A declaration that:

Other:

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⊙does or ○ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 12/19/2018
        (date)

*Jennifer Dunkley*
Signature of Plaintiff

JENNIFER DUNKLEY
Printed Name

108 S SPRUCE STREET
    Street Address

GREENVILLE, IL 62246
    City, State, Zip

(10/2010)