UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jennifer A. Dunkley, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:18-CV-2189-DWD |
| ) | |
| AFSCME Local 2600 and Illinois ) | |
| Department of Human Services, and | |
| Kimberly Peltes, and Monica Monroy ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEAL FOR AFSCME LOCAL 2600

Notice is hereby given that Plaintiff, Jennifer Dunkley, in the above named case,* hereby appeal to the United States 7th Circuit Court of Appeals for Defendant AFSCME LOCAL 2600 motion for summary judgment (Doc. 188 ). ORDER entered in this action on the October 5, 2021. (Doc. 220)


Jennifer Dunkley, Plaintiff

*Jennifer Dunkley*
Dated: October 7, 2021

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I filed the foregoing NOTICE OF APPEAL FOR AFSCME LOCAL 2600 with the Clerk of the Court. I hereby further certify that on October 7, 2021. I mailed by United States Postal Service the same document to the following registered participant:

>Melissa J. Auerbach
>Lead Counsel,
>ARDC No.
>3126792
>Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
>8 South Michigan Avenue, 19 Floor
>Chicago, Illinois 60603
>Email: mauerbach@laboradvocates.com

>Taylor R. Traynoff #6330557
>Assistant Attorney General Attorney for Defendant,
>500 South Second Street
>Springfield, IL 62701
>Phone (217) 782-2077
>Fax (217) 782-8767 Taylor R. Traynoff
>Email: ttraynoff@atg.state.il.us

Jennifer Dunkley
108 S. Spruce Street
Greenville, IL 62246
(618)664-7343
Email:Jennifer.dunkley@gmail.com

Jennifer Dunkley, Plaintiff

*Jennifer Dunkley*
Dated: October 7, 2021