# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 19, 2021

To:  Margaret M. Robertie
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis, IL 62201-0000

|  | JENNIFER A. DUNKLEY,<br>Plaintiff - Appellant |
|---|---|
| Nos. 21-2833 and 21-2834 | v. |
|  | AFSCME LOCAL 2600, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:18-cv-02189-DWD<br>Southern District of Illinois<br>District Judge David W. Dugan ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                          F.R.A.P. 42(b)

STATUS OF THE RECORD:                       no record to be returned

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Mandate**    (form ID: **135**)