# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 12, 2022

Before

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| No. 21-2878 | JENNIFER A. DUNKLEY,<br>      Plaintiff - Appellant<br><br>v.<br><br>AFSCME LOCAL 2600, et al.,<br>      Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:18-cv-02189-DWD<br>Southern District of Illinois<br>District Judge David W. Dugan ||

    Upon consideration of the **MOTION FOR LEAVE TO FILE MOTION FOR RULE 8. STAY OR INJUNCTION PENDING APPEAL**, filed on January 10, 2022, by the pro se appellant,

    **IT IS ORDERED** that appellant Jennifer Dunkley's motion for a stay or injunction is **DENIED**.