FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JENNIFER A. DUNKLEY,            )<br>                                                      )<br>            Plaintiff,                      )<br>                                                      )<br>-vs-                                              )<br>                                                      )<br>LOCAL 2600 AFSCME          )<br>ILLINOIS DEPARTMENT OF  )<br>HUMAN SERVICES,                )<br>KIMBERLY PELTES, and        )<br>MONICA MONROY,               )<br>                                                      )<br>            Defendants.                 ) | No. 18-2189-DWD |

**DEFENDANT IDHS' MOTION TO EXTEND
THEMOTION IN LIMINE DEADLINE**

NOW COMES Defendant, ILLINOIS DEPARTMENT OF HUMAN SERVICES ("IDHS"), by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby moves for an extension of the deadline to file its Motions in Limine. In support thereof, the following statements are made:

1. On January 13, 2022, during the Final Pretrial Conference, the Court continued the trial in this matter to October 17, 2022. (*See* Doc. 265).

2. The Court, however, ordered the parties to file their Motions in Limine by February 1, 2022 and any responses by February 21, 2022. (*See* Doc. 265).

3. On March 23, 2022, the Court entered an order denying Defendant's motions in limine, but allowing it to file new motions in limine on April 20, 2020. (*See* Doc. 275).

4. The undersigned was preparing for federal jury trial in *Omar v. Brooks et al.*, which -3031 which took place on April 18 and April 19, 2022.

5. The undersigned has drafted Defendant IDHS' Motions in Limine. However, still due to the volume of the issues presented by Plaintiff's claims and the procedural history of this matter, specifically the summary judgment in favor of former Defendants Peltes and Monroy (*See* Doc. 220), Defendant IDHS is in need of additional time to finalize and file its Motions in Limine.

6. Therefore, Defendant IDHS seeks an extension of 21 days, up to and including May 11, 2022, in order to file its Motions in Limine in this matter.

7. Further, Defendant IDHS consents to Plaintiff having the same additional time to file any response she may have to its Motions in Limine.

8. Because trial is now set for October 2022, Defendant IDHS does not believe the parties will be prejudiced by this request.

WHEREFORE, Defendant, Illinois Department of Human Services, respectfully requests that the Court extend the deadline for Motions in Limine.

Respectfully Submitted,

ILLINOIS DEPARTMENT OF HUMAN SERVICES,

Defendant,

KWAME RAOUL, Attorney General
State of Illinois,

Attorney for Defendant,

Taylor R. Traynoff, #6330557
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 782-8767 Fax
E-Mail: taylor.traynoff@ilag.gov

By: s/Taylor R. Traynoff
Taylor R. Traynoff
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JENNIFER A. DUNKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 18-2189-DWD |
| | ) |
| LOCAL 2600 AFSCME | ) |
| ILLINOIS DEPARTMENT OF | ) |
| HUMAN SERVICES, | ) |
| KIMBERLY PELTES, and | ) |
| MONICA MONROY, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 20, 2022, I electronically filed ***Defendant IDHS' Motion to Extend The Motion In Limine Deadline*** with the Clerk of Court using the CM/ECF system, which will send electronic notice of same to the following:

Melissa J. Auerbach, Esq.
Dowd Bloch Bennett, et al. – Chicago
8 South Michigan Avenue, Suite 1900
Chicago, IL  60603
mauerbach@laboradvocates.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Jennifer A. Dunkley
108 S. Spruce Street
Greenville, IL  62246

         By: s/Taylor R. Traynoff
           Taylor R. Traynoff, #6330557
           Assistant Attorney General
           500 South Second Street
           Springfield, Illinois 62701
           (217) 782-5819 Phone
           (217) 524-5091 Fax
           E-Mail: taylor.traynoff@illinois.gov