IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER A. DUNKLEY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Case No.: 3:18-cv-2189-DWD |
| ) | |
| AFSCME LOCAL 2600, ET AL, ) | |
| ) | |
| *Defendants.* ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on June 8, 2023, the Court enters Judgment in favor of Defendant Illinois Department of Human Services and against Plaintiff Jennifer Dunkley as to all claims.

Pursuant to the Order entered on October 5, 2021 (Doc. 220), Judgment is entered in favor of Defendants AFSCME Local 2600, Monroy and Peltes.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: June 8, 2023**

                                        **MONICA A. STUMP, Clerk of Court**

                                        *s/ Dana M. Winkeler*
                                        **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**